# SCHEDULE A

## SCHEDULE A

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

### PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-8042
Owner: Unknown Heirs of Pedro Ramirez, et al.
Acres:  0.118

**Being** a 0.118 of one acre (5,155 square feet) parcel of land, more or less, being out of the Nicolas Vela Survey, Abstract No. 179, Porción 82, Starr County, Texas, being out of Share 107-B of the Certified Copy of Final Judgement recorded in Volume 133, Page 1, Deed Records of Starr County, Texas and being out of a called 1.66 acre tract conveyed to America Arredondo by Deed of Gift recorded in Volume 1096, Page 812, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 2" iron pipe in the north line of the 1.66 acre tract, said point being at the southwest corner of a called 8.280 acre tract described in the Certified Copy of Final Judgement recorded in Volume 133, Page 1, Deed Records of Starr County, Texas (Share 71-B) and being the same tract of land conveyed to Carmen S. Gonzalez by Special Warranty Deed recorded in Volume 1083, Page 784, Official Records of Starr County, Texas and an easterly exterior corner of a called 40.533 acre tract described in the Certified Copy of Final Judgement recorded in Volume 133, Page 1, Deed Records of Starr County, Texas (Share 110) and being the same tract of land conveyed to Carmen S. Gonzalez by Special Warranty Deed recorded in Volume 1083, Page 784, Official Records of Starr County, Texas, said point having the coordinates of N=16648902.750, E=891653.611, said point bears N 40°43'28" W, a distance of 1946.81' from United States Army Corps of Engineers Control Point No. TGT-14;

**Thence:** N 80°39'00" W (S 80°45'00" E, Record), with the north line of the 1.66 acre tract and a southerly line of Share 110, for a distance of 14.61' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8006-1=8042-1" for the **Point of Beginning** and north corner of Tract RGV-RGC-8042, said point being in the north line of the 1.66 acre tract and a southerly line of Share 110, said point having the coordinates of N=16648905.124, E=891639.190;

**Thence:** S 32°55'35" E, departing the southerly line of Share 110, over and across the 1.66 acre tract, for a distance of 89.00' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8007-5=8042-2" for the southeast corner of Tract RGV-RGC-8042, said point being in the south line of the 1.66 acre tract and the north line of the south remainder of Share

### SCHEDULE C (Cont.)

107-B as conveyed to Pedro Ramirez, Federico Ramirez, Eusebio Ramirez de Garcia, Maria Ramirez de Lopez and Juan Ramirez Vela by Certified Copy of Final Judgement recorded in Volume 133, Page 1, Deed Records of Starr County, Texas;

**Thence:** N 80°45'00" W (N 80°45'00" W, Record), with the south line of the 1.66 acre tract and the north line of the south remainder of Share 107-B, for a distance of 108.06' to a point for the southwest corner of Tract RGV-RGC-8042, said point being at the southwest corner of the 1.66 acre tract and the northwest corner of the south remainder of Share 107-B, said point being in the east line of Share 110;

**Thence:** along the common lines of the 1.66 acre tract and Share 110, the following courses and distances:

• N 09°21'00" E (N 09°15'00" E, Record), for a distance of 66.04' to a point for the northwest corner of Tract RGV-RGC-8042, said point being at the northwest corner of the 1.66 acre tract and an easterly interior corner of Share 110;

• S 80°39'00" E (S 80°45'00" E, Record), for a distance of 48.19' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | N 40°43'28" W | 1946.81' | N/A | N/A |
| L2 | N 80°39'00" W | 14.61' | S 80°45'00" E | N/A |
| L3 | S 32°55'35" E | 89.00' | N/A | N/A |
| L4 | N 80°45'00" W | 108.06' | N 80°45'00" W | N/A |
| L5 | N 09°21'00" E | 66.04' | N 09°15'00" E | 66.04' |
| L6 | S 80°39'00" E | 48.19' | S 80°45'00" E | N/A |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16648905.124 | 8916139.190 | RGV-RGC-8006-1=8042-1 |
| 2 | 16648830.421 | 891687.567 | RGV-RGC-8007-5=8042-2 |
| 3 | 16648847.790 | 891580.916 | RGV-RGC-8007-4=8042-3 |
| 4 | 16648912.953 | 891591.645 | RGV-RGC-8006-2=8042-4 |
| 5 | 16648902.750 | 891653.611 | POC RGV-RGC-8006 8042 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
7. THE NATURAL GAS PIPELINES SHOWN HEREON ARE APPROXIMATE AND ARE BASED ON GIS DATA.
8. TITLE RESEARCH WAS PROVIDED BY ORB-RLS, LLC (DATED JUNE 28, 2023).

GRANTORS:

UNKNOWN HEIRS OF PEDRO RAMIREZ, UNKNOWN HEIRS OF FEDERICO RAMIREZ, UNKNOWN HEIRS OF EUSEBIA RAMIREZ DE GARCIA, UNKNOWN HEIRS OF MARIA RAMIREZ DE LOPEZ, UNKNOWN HEIRS OF ROSENDO RAMIREZ, UNKNOWN HEIRS OF RENE R. RAMIREZ, UNKNOWN HEIRS OF CALIXTRA TREVINO RAMIREZ, AMERICA ARREDONDO, MARIANA L. TREVINO, ERNESTO GONZALEZ, JR., LINDA DIANA SOTO CHAPA, JOEL ARMANDO ALVAREZ, JORGE ALFREDO ALVAREZ, JUAN ABEL ALVAREZ, JAVIER ALEJANDRO ALVAREZ, SYLVIA ALVAREZ, JOSE ADAN ALVAREZ.



**LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019500
874 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-816-1818

| | METES & BOUNDS SURVEY | | | Mark | Description | Date | Appd | | BY | DATE |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | UNKNOWN HEIRS OF PEDRO RAMIREZ, et al | | | | | | | Drawn | LMK | 2024 | | |
| | TRACT No. RGV-RGC-8042 | | | | | | | Checked | LMK | 2024 | | |
| | | | | | | | | Surveyor | JDB | 2024 | | |
| STARR COUNTY | | TEXAS | | | | | | Fld. Bk. # | 189383-14-88 | | | |

CONTRACT NO.: W91ZTG-14-D-0013
T.O.: W91ZTG-19-F-0139

MDS PROJ. NO. 23-600-00     FILE NAME: RGV-8042     DATE: 2/2/2024

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tract:  RGV-RGC-8042
Owner:  Unknown Heirs of Pedro Ramirez, et al.
Acreage:  0.118

# SCHEDULE E

**<u>SCHEDULE E</u>**

<u>ESTATE TAKEN</u>

Starr County, Texas

Tract:  RGV-RGC-8042
Owner:  Unknown Heirs of Pedro Ramirez, et al.
Acres:  0.118

      The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals.

      Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is FOUR THOUSAND, ONE HUNDRED THIRTY DOLLARS AND NO/100 ($4,130.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

**INTERESTED PARTIES**

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **America Arredondo**<br>▓▓▓▓▓▓<br>Rio Grande City, TX ▓▓▓ | Deed of Gift, Document No. 2006-256559, recorded on May 24, 2006, in the Official Public Records of Starr County, Texas. |
| **Mariana L. Treviño**<br>▓▓▓▓▓▓<br>Rio Grande City, TX ▓▓▓ | Gift Deed, Document No. 2022-371983, recorded on October 13, 2022, in the Official Public Records of Starr County, Texas. |
| **Aurora R. Rodriguez**<br>▓▓▓▓▓▓<br>Rio Grande City, TX ▓▓▓ | General Warranty Deed , Document No. 2022-371660, recorded on September 22, 2022, in the Official Public Records of Starr County, Texas.<br><br>Correction Instrument for Material Changes, Document No. 2022-372076, recorded on October 19, 2022, in the Official Public Records of Starr County, Texas. |
| **Noe Ramirez**<br>▓▓▓▓▓▓<br>Floydada, TX ▓▓▓<br><br>**Noel Ramirez**<br>▓▓▓▓▓▓<br>Purdon, TX ▓▓▓<br><br>**Maria de Jesús Ramírez**<br>▓▓▓▓▓▓<br>Purdon, TX ▓▓▓<br><br>**Maria Graciela Garcia**<br>▓▓▓▓▓▓<br>Eagle Pass, TX ▓▓▓ | Certified Copy of Final Judjment (sic), Cause No. 2082, Document No. 1944-21237, recorded on May 17, 1944, in the Official Public Records of Starr County, Texas.<br><br>Affidavit of Facts Concerning the Identity of Heirs for the Estate of Pedro Ramirez. Plaintiff's Unopposed Motion to Substitute Party Defendants, case number 7:20-cv-343, Dkt. No. 59. Filed on August 4, 2021, in the Southern District of Texas, McAllen Division. |

**Noemi Bales**



Farmers Branch, TX

**Norma Linda Parks**

Edinburg, TX

**Andrea A. Gonzalez**

Rio Grande City, TX

**San Juanita Ramirez Pitts**

Wolfe City, TX

---

**Idolina Ramirez**

McAllen, TX

**Rodrigo Ramirez**

La Blanca, TX

**Isaura Ramirez S**

Edinburg, TX

**Ascensión Robledo**

Cisco, TX

**Alicia Robledo Angulo**

San Antonio, TX

**Herlinda Gutierrez**

Cisco, TX

**Isabelle Rodriguez**

Cisco, TX

Certified Copy of Final Judjment (sic), Cause No. 2082, Document No. 1944-21237, recorded on May 17, 1944, in the Official Public Records of Starr County, Texas.

**Victoria Juarez**

Norfolk, VA

**Cristina Juarez**

Jacksonville, FL

**Unknown Heirs of Lilia Robledo**

**Margaret G. Ramirez**, Life Estate

Tyler, TX

**Rebecca Ramirez Ortega**

San Antonio, TX

**Juan Ramirez, Jr.**

San Antonio, TX

**Rafael Ramirez, Jr.**

Cisco, TX

**Johnny M. Ramirez**

Cisco, TX

**Raiford Ramirez**

Stephenville, TX

**Susie Webb**

Cisco, TX

**Delia Esquivel**

Helotes, TX

**Sylvia Ramirez**

Abiline, TX

| | |
|---|---|
| **Eliborio Rodriguez, Jr.** Life Estate <br> <br>     Edinburg, TX <br> <br> **Eloy Rodriguez** <br> <br>     Edinburg, TX | |
| **Unknown Heirs of Ruben D. Lopez** <br> <br> **Antonio Marroquin, III** <br> <br>     Rio Grande City, TX <br> <br> **David Marroquin** <br> <br>     Rincon, GA <br> <br> **Ismael Marroquin** <br> <br>     Sinton, TX <br> <br> **Jesus Marroquin** <br> <br>     Rio Grande City, TX <br> <br> **Roy Marroquin** <br> <br>     Roma, TX <br> <br> **Noe Marroquin** <br> <br>     Roma, TX <br> <br> **Rey Marroquin** <br> <br>     Belton, TX <br> <br> **Andrea Marroquin** <br> <br>     Roma, TX <br> <br> **Chelsea Kruse** <br> <br>     Tipton, MO | Certified Copy of Final Judjment (sic), Cause No. 2082, Document No. 1944-21237, recorded on May 17, 1944, in the Official Public Records of Starr County, Texas. |



**Unknown Heirs of Arturo Marroquin**

**Clemencia A. Cifuentes**

Austin, TX

**Richard J. Gutierrez**

Austin, TX

**Robert Marroquin**

McAllen, TX

**Katerina Marroquin**

Statesboro, GA

**Lucio Marroquin, Jr.**

Savannah, GA

**Rachael N. Fennell**

Savannah, GA

**Yolanda Cuellar**

Progresso Lakes, TX

**Zulema Gonzalez**

Orange Grove, TX

**Esther de Leon**

Alice, TX

**Bobby Lee Martinez**

Weston, FL

**Jaime Martinez**

Uvalde, TX



**Edwardo Garcia, Jr.**
███████████████████
     McAllen, TX ████

**Mary Ann Aguirre**
███████████████
     Mission, TX █████

**Esteban Garcia**
██████████████████
     Raymondville, TX ████

**Helen Garcia Acevedo**
████████████████
     Rio Grande City, TX ████

**Enrique Garcia Jr.**
████████████████████
     Rio Grande City, TX ████

**Cynthia Ann Garcia**
     Address Unknown

**Javier Garcia**
███████████
     Rio Grande City, TX ████

**Gerardo Garcia**
████████████████████████
     Perla, CA █████

**Maria Minerva Lucio**
██████████
     Premont, TX ████

**Unknown Heirs of Rene Lopez**

**David Leal**
████████████
     Weslaco, TX ████

**Daniel Leal**
██████████
     Weslaco, TX ████

**Pablo Leal**
██████████
Houston, TX

**Gloria Leal**
██████████████
Austin, TX

**Sandra Leal**
█████████████
Weslaco, TX

**Mary A. Aguirre**
██████████
Mercedes, TX

**Sylvia Leal Dickins**
██████████
Lake Jackson, TX

**Rene Marroquin**
████████████
Claremont, CA

**Jose Marroquin**
█████████
Pixley, CA

**Maria Cruzitas Marroquin**
█████████
Pixley, CA

**Irene Morea**
███████████
Caldwell, ID

**Nora Marroquin**
███████████
Bakersfield, CA

**Yvonne Marroquin**
██████████
Fort Collins, CO

| | |
|---|---|
| **Miguel Alonzo Treviño**<br><br>Pixley, CA<br><br>**Unknown Heirs of Jaime Marroquin**<br><br>**Unknown Heirs of Irma Marroquin** | |
| **Jose M. Campos**<br><br>Palmetto, FL<br><br>**Mario A. Campos**<br><br>Moorhead, MN<br><br>**Martin J. Campos**<br><br>Bradenton, FL<br><br>**Jesse G. Campos**<br><br>North Port, FL<br><br>**Refugio G. Campos**<br><br>Bradenton, FL<br><br>**Santiago G. Campos**<br><br>Palmetto, FL<br><br>**Amalia C. Huerta**<br><br>Palmetto, FL<br><br>**David G. Campos**<br><br>Westminster, SC<br><br>**Richard G. Campos**<br><br>Bradenton, FL<br><br>**Maria Marquez**<br>Address unknown | Certified Copy of Final Judjment (sic), Cause No. 2082, Document No. 1944-21237, recorded on May 17, 1944, in the Official Public Records of Starr County, Texas.<br><br>Affidavit of Heirship, Document No. 2001-1028662, recorded on November 28, 2001, in the Official Public Records of Hidalgo County, Texas. |

**Susanna Barnhart**

Bradenton, FL

**Graciela Arevalo**
Immokalee, FL

**Rosario Agricola**
Bradenton, FL

**Alfredo Perez**
Lehigh Acres, FL

**Ruben Perez**
Immokalee, FL

**Jacob Lopez**
Immokalee, FL

**Victor Lopez, III**
Felda, FL

**Monica Valdez**
Slidell, LA

**Unknown Heirs of Jose Luis Perez**

**Eva Handy**
Weslaco, TX

**Oralia Handy**
Address Unknown

**Irma Handy**
Donna, TX

**San Juanita Lopez Handy**, Life Estate

█████████████

San Antonio, TX ██████████

**Cristina D. Handy**

█████████████

San Antonio, TX ██████████

**Herlinda Mena Solis**

████████████████████

Weslaco, TX ███████

**Jesus Mena**

█████████████

Bradenton, FL ███████

**Juan Mena**

█████████████

San Juan, TX ███████

**Maria Guillermina Mena Castillo**

█████████████

Donna, TX ██████

**Nemecio Mena**

██████████████

Donna, TX ██████

**Maximo S. Mena**

██████████████████

Edcouch, TX ██████

**Maria Miramontes**

██████████████

Donna, TX ██████

**Maria Martha Mena-Edmeier**

█████████████

Mission, TX ██████

**Maricella Mena**

██████████████

Palmetto, FL ██████

| | |
|---|---|
| **Manuel Garcia, Jr.**<br>██████████████<br>Donna, TX ██████ | |
| **Rodolfo Garcia**<br>██████████<br>Houston, TX ███████ | |
| **Adolfo Garcia**<br>██████████████<br>Donna, TX ██████ | |
| **Jesus H. Garcia**<br>Address Unknown | |
| **Domingo Garcia**<br>██████████████<br>Donna, TX ██████ | |
| **Juventino Garcia**<br>█████████████████████<br>Alton, TX 78573 | |
| **Hilda Garcia**<br>███████████████<br>Donna, TX ██████ | |
| **Mary S. Cruz**<br>████████████████<br>Donna, TX ██████ | |
| **Unknown Heirs of Carlos Garcia** | |
| **Unknown Heirs of Florinda Sosa** | |
| **Unknown Heirs of Eusebia Ramirez** | |
| **Elia M. Recio**<br>████████████<br>Rio Grande City, TX ████ | Certified Copy of Final Judjment (sic), Cause No. 2082, Document No. 1944-21237, recorded on May 17, 1944, in the Official Public Records of Starr County, Texas. |
| **Rosendo A. Ramirez**<br>█████████████<br>Edinburg, TX ██████ | Affidavit of Heirship of Juan Ramirez Vela, Document No. 1991-156038, |

| | |
|---|---|
| **Ramiro A. Ramirez**<br>███████████<br>   Rio Grande City, TX ████ | recorded on April 4, 1991, in the Official Public Records of Starr County Records |
| **Rolando A. Ramirez**<br>███████████<br>   Rio Grande City, TX ████ | Warranty Deed, Document No. 1982-114941, recorded on December 1, 1982, in the Official Public Records of Starr County, Texas. |
| **Rebecca Ramirez Becerra**<br>███████████<br>   Rio Grande City, TX ████ | Deed, Document No. 1999-202598, recorded on April 15, 1999, in the Official Public Records of Starr County, Texas. |
| **Raul A. Ramirez**<br>███████████<br>   Edinburg, TX ████ | Special Warranty Deed, Document No. 2002-223920, recorded on July 16, 2002, in the Official Public Records of Starr County, Texas. |
| **Romeo A. Ramirez**<br>███████████<br>   Weslaco, TX ████ | |
| **Diana Gutierrez,** Life Estate<br>███████████<br>   Leesburg, VA ████ | |
| **Veronica R. Baker**<br>███████████<br>   Rio Grande City, TX ████ | |
| **Valerie R. Ramirez**<br>███████████<br>   Rio Grande City, TX ████ | |
| **Brenda Ramirez**<br>   Address Unknown | |
| **Angelica Ramirez**<br>███████████<br>   Leesburg, VA ████ | |
| **Alana R. Ramirez**<br>███████████<br>   Rio Grande City, TX ████ | |
| **Rene A. Ramirez, II**<br>███████████<br>   Rio Grande City, TX ████ | |



**Linda Diana Ramirez**

Waxahachie, TX

**Joel Armando Alvarez**

Grand Prairie, TX

**Jorge Alfredo Alvarez**

Rio Grande City, TX

**Javier Alejandro Alvarez**

Rio Grande City, TX

**Sylvia Alvarez**

Grande Prairie, TX

**Jose Adan Alvarez**

Rio Grande City, TX

**Unknown Heirs of Juan Abel Alvarez**

| | |
|---|---|
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167<br>Room 201<br>Rio Grande City, Texas 78582 | Account No.: 1005057 |